IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RONALD E. JARMUTH,

    **Plaintiff,**

v.         //    CIVIL ACTION NO. 1:07CV33
                        (Judge Keeley)

KEVIN COX and KEVIN COX PROFESSIONAL
GROUP, now known as Kevin Cox, M.D.,
Professional Corporation,

    **Defendants.**

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

For the reasons stated therein, the Court **GRANTS** the defendant's motion to seal. (Doc. No. 57.) Accordingly, the Court **ORDERS** that Exhibit 1 to the Defendants' Response in Opposition to Plaintiff's Motion to Grant Pending Motion to Remand, (doc. no. 54), and Exhibit 1 to the Defendant's Reply to Plaintiff's Response to Defendants' Motion to Dismiss Amended Complaint, (doc. no. 56), be filed **UNDER SEAL**.

The Clerk is directed to transmit copies of this Order to the pro se plaintiff and to counsel of record.

DATED: July 24, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE